M'LEAN AND WIFE v. EBENEZER BARNARD, EXECU-
TOR OF DANIEL GOODWIN.

The judge of probate a good witness to a will.

APPEAL from a judgment of the Court of Probate in prov-
ing and approving the last will and testament of said Daniel
Goodwin, for the following reasons —

1st. That the testator at the time of making and executing
said last will and testament was not of sound disposing mind
and memory.

2d. That the testator, at the same time he made and exe-
cuted his will, first made and executed a deed of a part of his
lands to Jonathan Avery; who is one of the three subscribing
witnesses to said will, which land said Avery now holds and
claims by force of said deed — whereby said Avery became
interested in the sanity of the testator, which is the point in
question, and so said Avery was not nor is a competent wit-
ness to said will.

3d. That Jonathan Bull, Esq. one of the three subscribing
witnesses to said will was at the time of subscribing his name
as aforesaid and still is the judge of probate for the district in
which said testator lived, and to whom belonged the probate
of said will, and so said Bull was not nor is a competent wit-
ness to said will.

The appellee denied the truth of the first and second ex-
ceptions, and demurred to the third.

Upon a full hearing of the evidence and the counsel, the
court found that as to the first reason, said Daniel the testator,
at the time of making and executing said will was of sound
disposing mind and memory. As to the second reason, the
court found that said testator did not at the same time he made
and executed his will, first make and execute a deed to said
Jonathan Avery, of a part of his lands, etc. as the appellants
in their reason have alleged. And as to the third reason, the
court were of opinion that it was insufficient, and thereupon
affirmed the judgment of the Court of Probate.